IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:24-cr-107-FDW |
| ) | |
| ) | **BILL OF INDICTMENT** |
| v. ) | |
| ) | Violations: 21 U.S.C. § 841(a)(1) |
| ) | 21 U.S.C. § 841(b)(1)(b) |
| ) | |
| JOEL RIVERA-ABREU ) | |
| ) | |
| ) | |
| _____ ) | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
*(Possession with Intent to Distribute Cocaine)*

On or about December 19, 2023, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**JOEL RIVERA-ABREU,**

did knowingly and intentionally possess with intent to distribute a quantity of cocaine, a Schedule II controlled substances.

1. Said offense involved at least 500 grams of a mixture containing a detectable amount of cocaine.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE**

Notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 853, 924, and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate

1

such violations;

c. All firearms or ammunition involved or used in such violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b), and (c).

A TRUE BILL

FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

SHAVONN N. BENNETTE
ASSISTANT UNITED STATES ATTORNEY